UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff/Responden,

v.

MARK MILES HOOPER,

      Defendant/Petitioner.

_____/

Criminal Case No. 14-cr-20810-3

Paul D. Borman
United States District Judge

David R. Grand
United States Magistrate Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING
DEFENDANT/PETITIONER'S MOTION BROUGHT PURSUANT TO 28
U.S.C. §2255

On March 19, 2018, Magistrate David R. Grand issued a Report & Recommendation (ECF No. 76) in which he recommended that the Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. §2255(ECF No. 67) be DENIED.

In the Report and Recommendation, the parties were advised that any objections must be filed within fourteen days of service of a copy as provided for in 28 U.S.C. 636(b)(1) and E.D. Mich. LR 72.1(d)(2) and that failure to file specific objections constitutes a waiver of any further right of appeal.

Inadvertently, the Report and Recommendation was not mailed to Defendant/Petitioner until April 5, 2018. On April 23, 2018, Defendant/Petitioner sent a letter to the Court, indicating that he received the Report & Recommendation on April 9, 2018. He asked that he be allowed until April 24, 2018 to file any objections. He also indicated that he was in the process of preparing his objections and that they might be submitted well before the April 24th date.

No objections have been received by the Court as of this time. Therefore, the Court:

(1) ACCEPTS the magistrate judge's Report and Recommendation (ECF No. 76);

(2) DENIES Defendant/Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. §2255 (ECF No. 67).

SO ORDERED.

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: May 30, 2018

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 30, 2018.

                                          s/Deborah Tofil
                                          Case Manager